| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Thompson, Ann E. | 2. Court or Organization<br><br>District Court-Western District of Missouri | 3. Date of Report<br><br>05/02/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Court Executive | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. District Court
Charles E. Whittaker Courthouse
400 East 9th Street
Kansas City, Missouri 64106

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Ann E. | 05/02/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Ann E. | 05/02/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Ann E. | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. - Artio Total Return Bond Fund CL I (JBGIX) | A | Dividend | | | Sold | 05/07/13 | K | A | |
| 3. -Pimco Total Return Fund I (PTTRX) | B | Dividend | K | T | Buy (add'l) | 05/07/13 | J | | |
| 4. - American Funds American High-Income Trust F2 (AHIFX) | A | Dividend | | | Sold | 05/07/13 | J | A | |
| 5. - American Funds Capital World BD FD CL F2 (BFWFX) | A | Dividend | | | Sold | 05/07/13 | K | A | |
| 6. - Pimco Foreigh Bond FD Instl CL Unhedged (PFUIX) | A | Dividend | | | Buy (add'l) | 05/07/13 | K | | |
| 7. | | | | | Sold | 07/01/13 | K | | |
| 8. - Pimco Emerging Local Bond (PELBX) | A | Dividend | | | Sold | 05/07/13 | J | A | |
| 9. - Vanguard Sector Index Fds Reit Viper Shs (VNQ) | B | Dividend | K | T | | | | | |
| 10. - Dfa Intl Small Company (DFISX) | B | Dividend | K | T | | | | | |
| 11. - Vanguard Emerging Markets ETF (VWO) | A | Dividend | K | T | | | | | |
| 12. - Vanguard Energy ETF (VDE) | A | Dividend | J | T | Sold (part) | 05/07/13 | J | C | |
| 13. - iShares Preferred Stock (PFF) | A | Dividend | J | T | Buy (add'l) | 05/07/13 | J | | |
| 14. - Vanguard MSCI EAFE Index (VEA) | A | Dividend | J | T | | | | | |
| 15. - DFA International Real Estate (DFITX) | A | Dividend | J | T | | | | | |
| 16. - PIMCO Unconstrained Bond (PFIUX) | A | Dividend | | | Sold | 05/07/13 | K | B | |
| 17. - Vanguard IT Corporate Bond (VCIT) | B | Dividend | K | T | Buy | 05/07/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Ann E. | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 07/09/13 | K | | |
| 19.  - SPDR Barclays High Yield Bond (JNK) | A | Dividend | J | T | Buy | 05/07/13 | J | | |
| 20.  - Wisdom Tree Emerging Local Debt (ELD) | A | Dividend | J | T | Buy | 04/23/13 | J | | |
| 21. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 22.  - Vanguard International Bond (BNDX) | A | Dividend | K | T | Buy | 07/01/13 | K | | |
| 23.  - TD Ameritrade Money Market | A | Interest | J | T | | | | | |
| 24.  Roth IRA #1 | | | | | | | | | |
| 25.  - Vanguard Emerging Markets EFT (VWO) | A | Dividend | J | T | | | | | |
| 26.  Brokerage Account #1 | | | | | | | | | |
| 27.  - TD Ameritrade Money Market | A | Interest | J | T | | | | | |
| 28.  - Berkshire Hathaway Inc Cl (BRKB) | | None | K | T | | | | | |
| 29.  - IShares Russell 1000 Index Fund (IWB) | B | Dividend | M | T | | | | | |
| 30.  - Vanguard World Fd Mega Cap 300 ETF (MGC) | A | Dividend | J | T | Sold (part) | 05/07/13 | J | C | |
| 31.  - Vanguard Index Funds Vanguard Mid-Cap Vipers (VO) | B | Dividend | M | T | | | | | |
| 32.  - IShares TR Russell Microcap Index Fd (IWC) | A | Dividend | K | T | | | | | |
| 33.  - Vanguard Index Funds Vanguard Small Cap-Vipers (VB) | A | Dividend | L | T | | | | | |
| 34.  - Vanguard Intl Eqty Index (VEU) | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Ann E. | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - IShares Trust MSCI Emerging Markets Index Fund (EEM) | A | Dividend | K | T | Buy (add'l) | 01/14/13 | J | | |
| 36. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 37. | | | | | Sold (part) | 06/24/13 | J | | |
| 38. - Vanguard Energy ETF (VDE) | A | Dividend | K | T | | | | | |
| 39. - Vanguard MSCI EAFE Index (VEA) | A | Dividend | K | T | Sold (part) | 04/08/13 | J | A | |
| 40. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 41. - Energy Transfer Partners LP (ETP) | A | Dividend | J | T | | | | | |
| 42. - Enterprise Products Partners LP (EPD) | A | Dividend | J | T | | | | | |
| 43. - Kinder Morgan Energy Partners LP (KMP) | A | Dividend | J | T | | | | | |
| 44. - Magellan Midstream Partners LP (MMP) | A | Dividend | J | T | | | | | |
| 45. - ONEOK Partners LP (OKS) | A | Dividend | J | T | | | | | |
| 46. - Vanguard Emerging Markets (VWO) | A | Dividend | J | T | Buy | 06/24/13 | J | | |
| 47. Raytown-Lee's Summit Community Credit Union Accounts | A | Interest | K | T | | | | | |
| 48. Commerce Bank Accounts | | None | J | T | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Ann E. | 05/02/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Ann E. | 05/02/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ann E. Thompson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544